## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT
## AND ARREST WARRANT

I, Caroline Miller, being first duly sworn, hereby depose and state as follows:

## PURPOSE OF AFFIDAVIT

1.     I make this affidavit in support of an application for an arrest warrant for JOSEPH KNIGHT.

2.     Your affiant, ████████, has been a sworn member of the Metropolitan Police Department("MPD") in Washington D.C. for over seven years. Currently, I am assigned to the District Investigations Unit, Seventh District Detective Unit. Prior to becoming a Detective, I served as a Patrol Officer and Investigator. During my tenure with MPD, I have investigated and assisted with the arrests of hundreds of individuals for offenses related to firearms, narcotics, burglary, robbery, and assault.  To that end, I have received training and experience in arrest procedures, search and seizure, and a variety of investigative tools available to law enforcement. I have also prepared and executed several arrest and search warrants based on the aforementioned offenses.

3.     The facts of this affidavit come from my review of the evidence, my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses.  Except as explicitly set forth below, I have not distinguished in this affidavit between facts of which I have personal knowledge and facts of which I have hearsay knowledge.  This affidavit merely intends to show that sufficient probable cause exists for the requested warrants and does not set forth all of my knowledge about this matter.

**PROBABLE CAUSE**

***September 18, 2024 Shooting***

4.      On the evening of September 18, 2024, an individual later identified as JOSEPH

KNIGHT ("KNIGHT") entered Anacostia Public Library, located at 1827 Marion Barry Avenue

Southeast, Washington, D.C., to charge his cellphone using an outlet in the vestibule of the

library's entrance.  When he entered the vestibule, KNIGHT was wearing a black in color doo-

rag, dark pants, a dark in color T-shirt with the word "Buccaneers" written in white, red, and orange

lettering, red and black shoes, and carrying a black satchel.



*Figure 1: Still from Anacostia Library CCTV Showing KNIGHT Enter the Vestibule*



*Figure 2: Still from Anacostia Library CCTV Showing KNIGHT Plugging in his Cellphone*

5.    KNIGHT left his cellphone to charge in the vestibule and walked outside.  A few minutes later, at approximately 6:00 p.m., KNIGHT approached two individuals—a black female, Complaining Witness 1 (hereinafter "CW-1"), and an unidentified black male (hereinafter "Person 1")—and the three walked westbound on Marion Barry Avenue Southeast.



*Figure 3: Google Map Depicting KNIGHT and CW-1's Path*

6.      CCTV footage from multiple businesses captured KNIGHT, CW-1, and Person-1 walking westbound.  They first crossed to the opposite side of the street where CCTV captured them passing Fendall Street Southeast at approximately 6:01 p.m.



*Figure 4: CCTV Still from the Corner of Fendall Street and Marion Barry Avenue Southeast*

7.    At 6:02 p.m., another CCTV camera captured them in the 1700 block of Marion

Barry Avenue Southeast.



*Figure 5: CCTV Still from 1700 Block of Marion Barry Avenue Southeast*

8.    CCTV with a westward view down Marion Barry Avenue Southeast (*see* Figures 6

& 7 below) captured the trio as they continued toward the 1600 block of Marion Barry Avenue.

At approximately 6:03 p.m., another camera captured them as they appeared to stop on the

sidewalk for a few moments.



*Figure 6: CCTV Still of KNIGHT, CW-1, and Person-1 Stopped on Sidewalk in 1700 block of Marion Barry Avenue*

9.    KNIGHT, CW-1, and Person-1 then continued further westward down the block and attracted the attention of onlookers, who stepped off the sidewalk to look down the street in the direction of KNIGHT, CW-1, and Person-1.



*Figure 7: CCTV Still of Onlookers (Circled in Yellow) Looking in the Direction of KNIGHT, CW-1, and Person-1(Indicated with Yellow Arrow)*

10.     At approximately 6:04 p.m., Shotspotter detected seven gunshots in the 1600 block of Marion Barry Avenue Southeast.  Around the same time, KNIGHT walked back into view of a CCTV camera.  The CCTV footage shows KNIGHT peer over his left shoulder before breaking into a run.



*Figure 8: CCTV Still of KNIGHT Running Eastbound in 1700 block of Marion Barry Avenue Southeast*



*Figure 9: CCTV Still of KNIGHT Running Eastbound on Marion Barry Avenue Southeast Toward Fendall Street Southeast*

11.    KNIGHT turned right on Fendall Street Southeast and continued to run down the block, and out of sight.



*Figure 10: CCTV Still of KNIGHT Running South on Fendall Street Southeast*

12.    MPD responded to the area and found CW-1 suffering from multiple gunshot wounds to her extremities.  Seven spent 9mm shell casings were recovered near CW-1.



*Figure 11: BWC Still of CW-1 Suffering Multiple Gunshot Wounds*

13.     Approximately 20 minutes after KNIGHT first left the Anacostia library, he returned to retrieve his cellphone.  When he returned, KNIGHT had changed his appearance and wore a dark in color baseball hat, a New Balance sweatshirt with the logo on the front, dark pants, and white sneakers.



*Figure 12: CCTV Still of KNIGHT Re-Entering the Library Vestibule to Get His Cellphone*

14.     While in the vestibule, KNIGHT spoke with a D.C. Library Officer (hereinafter "Library Officer-1") for a few minutes before exiting the library.



*Figure 13: CCTV Still of KNIGHT Speaking to Library Officer-1*

15.     CW-1 was transported to the hospital where staff advised that she had received seven gunshot wounds to her legs and hands.  CW-1 ultimately underwent surgery on her left leg as a result of the injuries she sustained.

16.     While at the hospital, MPD Detective Treadwell interviewed CW-1, who relayed the following: at the time that CW-1, KNIGHT, and Person-1 met outside of the Anacostia Library, KNIGHT was trying to buy marijuana from CW-1.  KNIGHT handed CW-1 $5 for the marijuana; CW-1 took the money and they proceeded to the liquor store at 16th Street and Marion Barry Avenue Southeast to get the marijuana.  KNIGHT asked CW-1 where she was going, and she responded that she was going to the liquor store.  KNIGHT said words to the effect of "give me my money back, I'm not going down there". CW-1 responded, "stay put, I'm going to get it." KNIGHT demanded his money back, pulled out a firearm, and shot CW-1 multiple times.  CW-1 provided a lookout for KNIGHT as a short, black male with a dark complexion.

17.     Two days later, on September 20, 2024, your affiant went to the hospital to conduct a follow up interview of CW-1.  During that interview, CW-1 identified the person who shot her as "Lil Joe".  CW-1 stated that "Lil Joe" frequented the Anacostia Library and described him as 5'6" or 5'7", 20-30 years old, with short hair.

18.     On September 25, 2024, one week after the shooting, Library Officer-1 called 9-1-1 in reference to a second sighting of KNIGHT, who she had interacted with on September 18, 2024. Library Officer-1 called 9-1-1 because she was aware that KNIGHT was a person of interest in the shooting investigation.  MPD Officer Ian French responded to the library.  Library Officer-1 relayed that KNIGHT had come to the library and asked Library Officer-1if he could leave his cellphone charging in the vestibule while he went to the store.  Library Officer-1 had agreed. KNIGHT left his phone charging in the library then left, and Library Officer-1 called 9-1-1.

19.    By the time KNIGHT returned to retrieve his cellphone, Officer French had arrived at the library.  KNIGHT was wearing a black T-shirt with a Calvin Klein logo, dark pants, and carried a camouflage satchel.  Officer French approached KNIGHT and asked if he could talk with him.



*Figure 14: Officer French BWC Still of KNIGHT Outside the Anacostia Library on September 25, 2024*

20.    KNIGHT was immediately hostile toward Officer French.  Officer French repeated his request to speak with KNIGHT, but KNIGHT fled northbound toward U Place Southeast. Officer French followed and observed KNIGHT discard his camouflage satchel under a car in the adjacent parking lot while fleeing.  After losing sight of KNIGHT, Officer French retrieved the satchel..  Inside the satchel was a ski mask and a 9mm Smith and Wesson M&P firearm bearing serial number HXJ7515.  The firearm was loaded and ready for use, with one round in the chamber and 17 rounds in the magazine.



*Figure 15: Photo of the Firearm Recovered from KNIGHT's Satchel*

21.     After processing the firearm, the Bureau of Alcohol, Tobacco, Firearms, and Explosive's National Integrated Ballistic Information Network's ("NIBIN") generated an investigative lead that the firearm recovered from KNIGHT's satchel on September 25, 2024, was the same firearm used in the shooting of CW-1 that occurred on September 18, 2024.

22.     On September 26, 2024, your affiant conducted another interview with CW-1 at the hospital.  During that interview, your affiant showed CW-1 two still photos of KNIGHT from the library CCTV footage—one from before the shooting and one from after the shooting.  CW-1 confirmed that the person depicted in both photos was the person who shot her.  Additionally, CW-1 noted that she had previously seen KNIGHT wearing the New Balance sweatshirt that KNIGHT wore after the shooting, as depicted below in Figure 16B.

 

*Figure 16A and 16B: CCTV Stills Shown to CW-1*

23.    Notably, MPD was unable to identify KNIGHT by his legal name until MPD's investigation into another shooting, which occurred on November 11, 2024.

### *November 11, 2024 Shooting*

24.    On November 11, 2024, at approximately 10:28 p.m., Shotspotter detected eight gunshots at 1938 Good Hope Road Southeast and six gunshots at 1976 Fendall Street Southeast.[1]

25.    Shortly after the shots were fired, Complaining Witness 2 (hereinafter "CW-2") called 9-1-1 and reported that her boyfriend had shot her. MPD was dispatched to the offense location at 2020 19th Place Southeast—about a block and a half from the Anacostia Library.

---

[1] Two separate Shotspotter devices picked up the sounds of gunshots from the November 11, 2024 shooting. Six shell casings were recovered on scene



*Figure 17: Google Map of the November 11th Shooting Location (Indicated by Red Star) and the Anacostia Library (Circled in Red)*

26.    Upon MPD's arrival, CW-2 was standing outside of 2020 19th Street Place Southeast holding onto the side of a mailbox.  MPD Officer Christopher Jacob approached CW-2 and asked her if she was alright.  CW-2 responded "No".  Officer Jacob asked her what happened and CW-1 stated: "My boyfriend shot me."



*Figure 18: BWC Still of CW-2 Upon MPD's Arrival*

27.    Law enforcement processed the crime scene.  Significantly, pools of blood were located where CW-2 was standing near the mailbox and MPD found a can of pepper spray in the vicinity.  Law enforcement also recovered six spent shell casings on the sidewalk in front of 2020 19th Place Southeast.



*Figure 19: Crime Scene Photo of Blood on the Sidewalk by the Mailbox*



*Figure 20: Crime Scene Photo of Shell Casings on Sidewalk Outside of 2020 19th Street Place Southeast*

28.    CW-2 was transported to the hospital in an ambulance.  While in transit, CW-2 used her cellphone to call someone.  On the call, CW-2 said words to the effect of: "You did this to me. I won't say anything to MPD.  I'll let the streets handle it."

29.    At the hospital, CW-2 was treated for three gunshot wounds to her abdomen, left ankle, and upper left thigh.  While at the hospital, before CW-2 went into surgery, MPD Detective Arabia Thomas attempted to interview CW-2, but CW-2 was not cooperative and refused to talk about the shooting or identify the shooter.  However, when an MPD domestic violence specialist talked with CW-2 before MPD left the hospital, CW-2 told the specialist that the individual who shot her lived with her and wrote down his phone number, which ended in 9896.  A subsequent search for the phone number in law enforcement databases came back to JOSEPH KNIGHT.

30.    The next day, November 12, 2024, Detective Thomas received a phone call from CW-2.  CW-2 stated that she wanted to cooperate and said, "Joseph Knight shot me."  Detective Thomas asked if CW-2 could identify him, and CW-2 answered affirmatively.

31.    After the phone call, Detective Thomas went to the hospital to interview CW-2. During that interview, CW-2 said that the night of the shooting, she arrived at her residence on the 1900 block of 19th Street Place Southeast and was changing the lock to her front door.  KNIGHT, who she was romantically involved with, approached her and they began to argue because CW-2 no longer wanted KNIGHT to stay there.  KNIGHT pulled out a black firearm and struck CW-2 in the head with the firearm.  CW-2 ran from KNIGHT, who chased her to the front of 2020 19th Street Place Southeast.  While chasing her, KNIGHT fired shots at CW-2 but missed as CW-2 ran around the mailbox.  KNIGHT fired more rounds and ultimately hit CW-2 three times.  CW-2 pulled out pepper spray and sprayed KNIGHT.  After being sprayed, KNIGHT ran from the location and CW-2 called 9-1-1.

32.    Detective Thomas then showed CW-2 a photo of JOSEPH KNIGHT.   CW-2 confirmed that the person in the photo was KNIGHT and was the person who shot her.   CW-2 also told Detective Thomas that, following the shooting, CW-2's father had gone to her home and saw KNIGHT there.   As a result, CW-2 called KNIGHT and asked why he was at her home; he responded with words to the effect of that he was grabbing his stuff.



*Figure 21: Photo of KNIGHT Shown to CW-2*

**Identification of KNIGHT in the September 18, 2024 Shooting**

33.    After learning of the November 11, 2024 shooting and the identification of KNIGHT, your affiant queried law enforcement databases for KNIGHT due to the proximity of the two shootings.   The database photograph of KNIGHT was consistent with the individual who appeared in CCTV footage from September 18, 2024, and on Officer French's BWC footage from September 25, 2024.   Moreover, the database also returned a photo of KNIGHT taken by the Court Services and Offense Supervision Agency ("CSOSA") on June 25, 2024, in which KNIGHT wore a Calvin Klein T-shirt that is consistent with the shirt he wore on September 25, 2024.



*Figure 22: CSOSA Photo Taken of KNIGHT on June 25, 2024*

34.    Based on the visual similarities, your affiant compiled a nine-person photo array, which Detective Treadwell presented to CW-1 on November 14, 2024.  KNIGHT was displayed in position four.  Upon viewing the array, CW-1 immediately placed her initials next to KNIGHT's photo, indicating that he was the person who had shot her.  CW-1 expressed a confidence level of 10 out of 10.

### *Arrest of KNIGHT*

35.    On November 15, 2024, MPD received information from CSOSA that KNIGHT's case worker had just driven KNIGHT to the 1100 block of 19th Street Northwest.  MPD responded to that location, observed KNIGHT, and placed KNIGHT under arrest for the September 18, 2024 and November 11, 2024 shootings.

36.    During a search incident to arrest, MPD recovered a 9mm Canik METE MCS firearm, bearing serial number 24CT10596, in the waistband of KNIGHT's pants.  The firearm was loaded and ready to use, with one round in the chamber and nine rounds in the magazine.



*Figure 22: Photo of Firearm in KNIGHT's Waistband*



*Figure 23: Processing Photo of Firearm Recovered from KNIGHT's Waistband*

37.     After processing the firearm, NIBIN generated an investigative lead that the firearm

recovered on November 15, 2024, was the same firearm used in the shooting on November 11,

2024.

38.    Further, at the time KNIGHT possessed the firearms in September and November of 2024, he had previously been convicted of an offense punishable by more than a year imprisonment.  Specifically, on May 19, 2016, KNIGHT was convicted of four counts of Robbery and one count of Unlawful Possession of a Firearm (Prior Conviction) in D.C. Superior Court Case No. 2015 CF3 12730 and was sentenced to two years' imprisonment.  As a result, KNIGHT was aware that he had been convicted of an offense punishable by more than a year imprisonment and that he was not allowed to lawfully possess a firearm.

39.    No firearms or ammunition are manufactured within Washington, D.C., therefore all of the firearms and ammunition referenced above traveled in or affected interstate commerce.



Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 2nd day of December, 2024.

_____
MATTHEW J. SHARBAUGH
U.S. MAGISTRATE JUDGE